UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CIV-20354-MARTINEZ/GOODMAN

JERVIS DE ARMAS VEIGA, *and all others similarly situated under 29 U.S.C. § 216(b)*,

      Plaintiff,

vs.

REAL AWNING CORP d/b/a GALAXY AWNING CORP., GALAXY AWNING AND SIGNS INC., THE GOLDEN AWNING CO., THE GOLDEN AWNING & SIGN CORP, DAVID BORRELL, YUDISNIER CALDERON,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST REAL AWNING CORP AND YUDISNIER CALDERON

**COMES NOW** Plaintiff, by and through undersigned Counsel, under Rule 41 of the Federal Rules of Civil Procedure, and voluntarily dismisses the claims against the Corporate Defendant REAL AWNING CORP and the Individual Defendant YUDISNIER CALDERON, without prejudice brought in the above-captioned lawsuit. Should Plaintiff bring a claim against the above-listed Defendants in the future, Plaintiff shall enjoy the statute of limitations of the above-captioned action. Plaintiff does not dismiss his claims against the other named Defendants in this action.

Signature of Plaintiff: _____

Signature of Registered Agent of
Defendant Real Awning Corp: _____

Signature of Defendant Yudisnier Calderon: _____

Respecfully Submitted,

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151

## CERTIFICATE OF SERVICE:

I hereby certify that the foregoing has been hand-delivered to Corporate Defendant REAL AWNING CORP's Registered Agent YUDISNIER CALDERON and Individual Defendant YUDISNIER CALDERON this February 6, 2015. I further certify that the foregoing has been delivered via CM/ECF to Defendants GALAXY AWNING CORP., GALAXY AWNING AND SIGNS INC., THE GOLDEN AWNING CO., THE GOLDEN AWNING & SIGN CORP, DAVID BORRELL this February 6, 2015. As of the date of February 6, 2015, no attorney has appeared on behalf of any of the Defendants.

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151