UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-20354-CIV-MARTINEZ-GOODMAN**

JERVIS DE ARMAS VEIGA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

REAL AWNING CORP d/b/a GALAXY
AWNING CORP., GALAXY AWNING AND
SIGNS INC., THE GOLDEN AWNING CO.,
THE GOLDEN AWNING & SIGN CORP.
DAVID BORRELL, YUDISNIER
CALDERON,

    Defendants.
_____/

## **DEFAULT FINAL JUDGMENT**

    THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment Pursuant to 29 U.S.C. 216(B) as to Defendant David Borrell for Claim, Fees and Costs Including Future Fees Regarding Collection of Default [ECF No. 16].

    THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant David Borrell ("Defendant") for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff Jervis de Armas Veiga ("Plaintiff"). [ECF No. 13]. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendant. Accordingly, it is

    **ADJUDGED** that Plaintiff's Motion for Final Default Judgment Pursuant to 29 U.S.C. 216(B) as to Defendant David Borrell for Claim, Fees and Costs Including Future Fees

Regarding Collection of Default [ECF No. 16] is **GRANTED**. Judgment is hereby entered in favor of Plaintiff JERVIS DE ARMAS VEIGA and against Defendant DAVID BORRELL. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant compensatory damages in the amount of $14,422.80; attorney's fees and costs in the amount of $3,547.50; for a sum total of **$17,970.30**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED**, and all pending motions shall be **DENIED AS MOOT**. The Court shall retain jurisdiction for the limited purpose of imposing this Final Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of March, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record