UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20354-CIV-MARTINEZ/GOODMAN

JERVIS DE ARMAS VEIGA and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
                Plaintiff,                )
        vs.                               )
                                          )
REAL AWNING CORP D/B/A GALAXY             )
AWNING CORP., GALAXY AWNING AND           )
SIGNS INC., THE GOLDEN AWNING CO.,        )
THE GOLDEN AWNING & SIGN CORP.,           )
DAVID BORRELL                             )
YUDISNIER CALDERON                        )
                                          )
                Defendants.               )
_____  )

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiff, by and through undersigned Counsel, pursuant to Florida Statute 77.03, moves for the issuance of a writ of garnishment after judgment as to Garnishee Wells Fargo Bank and as grounds therefore, states as follows:

1.  Plaintiff obtained a final judgment against Defendant, David Borrell on March 25, 2015 for a total amount of $17,970.30 [D.E. 17].

2.  Plaintiff requests that a writ of garnishment after judgment as to Garnishee Wells Fargo Bank be issued in the amount of $17,970.30.

Respectfully Submitted,

J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By: _____
        J.H. Zidell, Esq.
        Florida Bar Number: 0010121